IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02693-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

SEAN RIES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2014.**

    Plaintiff's Unopposed Motion for Leave to Appear Telephonically at the March 31, 2014 Scheduling Conference [filed February 27, 2014; docket #24] is **granted**. Plaintiff's counsel shall call Chambers at (303) 844-4507 for the Scheduling Conference at the appointed time.