IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02693-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

SEAN RIES,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal Without Prejudice of Sean Ries filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on March 14, 2014 (ECF No. 27), it is

ORDERED that Defendant Sean Ries and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  March 17, 2014

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge